May 13, 2011

Mr. Grant D. Blaies
Blaies & Hightower, L.L.P.
777 Main St., Suite 1900
Fort Worth, TX 76102
Mr. Jack Gilbert Duffy Jr.
Attorney at Law
6220 Midway Road
Haltom City, TX 76117

RE: Case Number: 09-0025
 Court of Appeals Number: 02-07-00122-CV
 Trial Court Number: 236-218405-06

Style: HARRIS METHODIST FORT WORTH
 v.
 JO FAWN OLLIE

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |